

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 20, 2021
_____

NVB 1006C (Rev. 12/20)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>PARNELL COLVIN<br><br>Debtor(s) | BK−21−14974−mkn<br>CHAPTER 7<br><br>ORDER GRANTING<br>DEBTOR'S APPLICATION<br>FOR WAIVER OF THE<br>CHAPTER 7 FILING FEE |

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

GRANTED.

However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

###