United States Bankruptcy Court
District of Nevada

In re:  Case No. 21-14974-mkn
PARNELL COLVIN  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0978-2      User: mallmm      Page 1 of 1
Date Rcvd: Oct 20, 2021      Form ID: pdf922      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

**Recip ID**      **Recipient Name and Address**
db      + PARNELL COLVIN, 6681 TARA AVE, LAS VEGAS, NV 89146-5104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

**Name**      **Email Address**
SHELLEY D KROHN
     shelley@trusteekrohn.com  NV27@ecfcbis.com;becca@trusteekrohn.com;jan@trusteekrohn.com;candace@trusteekrohn.com

U.S. TRUSTEE - LV - 7
     USTPRegion17.LV.ECF@usdoj.gov

TOTAL: 2



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 20, 2021

NVB 1006C (Rev. 12/20)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:  
PARNELL COLVIN

Debtor(s)

BK−21−14974−mkn
CHAPTER 7

ORDER GRANTING
DEBTOR'S APPLICATION
FOR WAIVER OF THE
CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

GRANTED.

However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

###